**Mrs. Patricia Lee SHERWOOD, widow of Edmond P. SNELL, etc.**

**v.**

**Mrs. Mércedes STEIN, also known as Mrs. Mercedes Miorana, et al.**

No. 48827.

Sept. 29, 1967.

Writ refused. Applicant has not cited any provision of the Constitution or Act of the Legislature which authorizes suits, ex delicto, or otherwise, to be brought against Jefferson Parish and/or its agents when acting in the performance of a governmental function. This ruling is not to be construed to apply to other actions brought against the Parish, which is amenable to suit in other action under the jurisprudence.

202 So.2d 653

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

**v.**

**Shelly Joseph MOULEDOUS.**

No. 48844.

Sept. 29, 1967.

Writ denied. We find no error of law in the judgment of the Court of Appeal.

SUMMERS, J., is of the opinion that the writ should be granted. I agree with the dissenting judges in the Court of Appeal.

202 So.2d 653

**Mrs. Patricia Lee SHERWOOD, widow of Edmond P. SNELL,**

**v.**

**BENEFICIAL FIRE AND CASUALTY COMPANY et al.**

No. 48828.

Sept. 29, 1967.

Writ refused. See reasons given in Snell v. Stein, 251 La. 35, 202 So.2d 652.